IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEDARDO EDWARD LUGO,

    Petitioner,                  No. CIV S-07-0278 LKK DAD P

    vs.

KUMA DEBOO, Warden,

    Respondent.               ORDER

_____/

    Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and has paid the filing fee.  Subsequently, petitioner submitted a request to file supplemental grounds for relief and submitted the proposed supplement.  Good cause appearing, the court will grant petitioner's request.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application and supplemental grounds for relief.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's March 5, 2007 request to supplement his grounds for relief is granted;

/////

1

2. Respondent is directed to file a response within thirty days from the date of this order.  If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed; an opposition to a motion is due within thirty days of service of the motion; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (#1) and a copy of petitioner's supplemental grounds for relief (#5) on Thomas E. Flynn, Assistant U.S. Attorney for the Eastern District of California.

DATED: March 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lugo0278.100.2241.fee