IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEDARDO EDWARD LUGO,

    Petitioner,                      No. CIV S-07-0278 LKK DAD P

    vs.

KUMA DEBOO, Warden,

    Respondent.                    ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's April 12, 2007 motion for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: April 23, 2007.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
lugo0278.110