IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEDARDO EDWARD LUGO,

    Petitioner,        No. CIV S-07-0278 LKK DAD P

   vs.

KUMA DEBOO, Warden,

    Respondent.       ORDER

_____/

     Petitioner has requested an extension of time to file his objections to the January 3, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's January 24, 2008 motion for an extension of time is granted; and

     2. Petitioner is granted thirty days from the date of this order in which to file objections to the January 3, 2008 findings and recommendations.

DATED: February 4, 2008.

                          /s/ Dale A. Drozd
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
lugo0278.111fr