IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEDARDO EDWARD LUGO,

    Petitioner,               No. CIV S-07-0278 LKK DAD P

    vs.

KUMA DEBOO, Warden,

    Respondent.          ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 3, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 3, 2008, are adopted in full;

2. Respondent's July 25, 2007 motion to dismiss the petition as moot is granted in part as to claims one and three;

3. Petitioner's second claim regarding conditions of confinement is dismissed without prejudice to bringing a civil rights action; and

4. Petitioner's writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 is denied.

DATED: March 10, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT